NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FELIPE CHAVEZ, DOC #Y40557,    )
                               )
        Appellant,             )
                               )
v.                             )    Case No. 2D17-1886
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____ )

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Hendry
County; Scott H. Cupp, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.